IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00307-REB-4

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.      MARCO ANTONIO ORTEGA,

       Defendant.

## FINAL ORDER OF FORFEITURE AS TO
## DEFENDANT MARCO ANTONIO ORTEGA ONLY

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture Only As To Defendant Marco Antonio Ortega** [#567][1] filed November 14, 2012. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Superseding Indictment returned on August 18, 2008;

THAT a Preliminary Order of Forfeiture was entered on December 23, 2009;

THAT all known interested parties were provided an opportunity to respond, that publication has been effected as required by 21 U.S.C. § 853(n), and that no Petition for Ancillary Hearing has been filed by any petitioner;

---

[1] "[#567]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:**

1. That the **United States' Motion for Final Order of Forfeiture Only As To Defendant Marco Antonio Ortega** [#567] filed November 14, 2012, is **GRANTED**;

2. That judgment of forfeiture of the $4,325.00 in United States Currency seized from Defendant Marco Antonio Ortega shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

3. That the United States shall have full and legal title to the $4,325.00 in United States Currency, and may dispose of it in accordance with law.

Dated November 14, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge